

# CLARK LAW FIRM
### A PROFESSIONAL CORPORATION

811 Sixteenth Avenue
Belmar, New Jersey 07719
Tel: 732-443-0333
Fax: 732-894-9647

March 18, 2016

ClarkLawNJ.com



**Gerald H. Clark***
*Certified By the Supreme Court of New Jersey as a Civil Trial Attorney*

William S. Peck
Cynthia P. Liebling
Mark W. Morris
Stephanie Tolnai

*New Jersey and New York Bars

*Of Counsel*
John J. Bruno, Jr.
Joseph T. Duchak
Robert A. Ferraro

**VIA ELECTRONIC FILING**
United States District Court for
the District of New Jersey
Mitchell H. Cohen Courthouse
4th & Cooper Streets
Camden, New Jersey 08101
Attn:  Court Clerk

  Re: **Norris Hite, *et al* v. Lush Cosmetics, LLC**
     **Our File No.: 587-0**

Dear Sir/Madam:

  Enclosed herewith please find a signed original of a Complaint and Jury Demand along with a Civil Cover Sheet in connection with the above-captioned matter.  Please file accordingly.

  Thank you for your attention to this matter.

          Sincerely,

          **MARK W. MORRIS**
          For the Firm

MWM:bhs
Enclosure

Clerk Letter Filing Complaint 3.18.16.wpd

Belmar • Newark • Rutherford • Surf City